Argued and submitted February 4, accused reprimanded June 16, 1981

In Re: Complaint as to the Conduct of
# WILLIAM D. HOSTETLER,
*Accused.*

(OSB 77-2, SC 27332)

629 P2d 827

Michael D. Snider, Grants Pass, argued the cause and filed the brief for the Accused.

Randolph Lee Garrison, Roseburg, argued the cause for the Oregon State Bar. With him on the brief were Thomas Garrison and James A. Arneson, Roseburg.

PER CURIAM.

**PER CURIAM.**

◼ The Accused, a Deputy District Attorney, is found guilty of violating DR 7-104(A)(1) by communicating, or causing others to communicate, with a defendant in a criminal case without obtaining the defendant's attorney's consent. It is also found that the Accused concealed the communications.

This opinion shall serve as a public reprimand. *See In Re: Complaint as to the conduct of Robert M. Burrows,* 291 Or 135, 629 P2d 820 (1981).

The Oregon State Bar is awarded costs.